# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1871
_____

Shawn Williams

*Plaintiff - Appellant*

v.

Raina Martin; Superintendent Dave Dormire; Dr. Hardman

*Defendants - Appellees*

Jefferson City Correctional Center Classification Staff; J. Landis

*Defendants*

Ronda L. Quigley

*Defendant - Appellee*

Jeff Norman; Alan Earls

*Defendants*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: February 4, 2015
Filed: February 27, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Missouri inmate Shawn Williams appeals from the order of the District Court[1] granting summary judgment to defendants in his 42 U.S.C. § 1983 action. After de novo review, see Green v. Dormire, 691 F.3d 917, 921 (8th Cir. 2012) (standard of review), we agree with the District Court's analysis and its determination that summary judgment was warranted on the record. Accordingly, we affirm the judgment, see 8th Cir. R. 47B, and we deny Williams's pending motion.

————————————————

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.